# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of: )
)
IN THE MATTER OF THE SEARCH OF INFORMATION ) Case No. 18-970M (NJ)
ASSOCIATED WITH FACEBOOK USER ID "LESTHE )
BEST" (www.facebook.com/lesthe.best.5) THAT IS )
STORED AT PREMISES CONTROLLED BY FACEBOOK )
INC. )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

See Attachment A.

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE _January 4, 2019_ *(not to exceed 14 days)*
☐ in the daytime between 6:00 a.m. and 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _Honorable Nancy Joseph_ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _December 21, 2018_
_10:00 am_                                            _____
                                                      *Judge's signature*

City and State: <u>Milwaukee, Wisconsin</u>      Honorable Nancy Joseph , U.S. Magistrate Judge
                                                  *Printed Name and Title*

| Return | | |
|---|---|---|
| Case No: 18970 M | Date and time warrant executed: 01/08/2019 @ 9:32 AM 12/28/2018 @ 6:22 PM | Copy of warrant and inventory left with: Served via Facebook Records Portal on website |
| Inventory made in the presence of: N/A | | |
| Inventory of the property taken and/or name of any person(s) seized: | | |

On January 8, 2019 at 9:32 am, www.facebook.com Records Department provided a PDF document containing 10,648 KB and 1,034 pages of data and a zip file containing 726,426 KB of data for Facebook User ID "LESTHEBEST."

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 7/11/2019

_____
Executing officer's signature

SA Daniel Gortland
Printed name and title

Subscribed, sworn to, and returned before me this date:

Date: 7/11/2019

_____
United States Magistrate Judge

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the Facebook User ID "LesThe Best" (www.facebook.com/lesthe.best.5), that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

**I.  Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a) All contact and personal identifying information, including the full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b) All activity logs for the account and all other documents showing the user's posts and other Facebook activities from August 1, 2018 to September 15, 2018.

(c) All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d) All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification

numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e) All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f) All other records and contents of communications and messages made or received by the user from August 1, 2018 to September 15, 2018, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g) All "check ins" and other location information from August 1, 2018 to September 15, 2018;

(h) All IP logs, including all records of the IP addresses that logged into the account;

(i) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j) All information about the Facebook pages that the account is or was a "fan" of;

(k) All past and present lists of friends created by the account;

(l) All records of Facebook searches performed by the account from August 1, 2018 to September 15, 2018;

(m) All information about the user's access and use of Facebook Marketplace;

(n) The types of service utilized by the user;

2

(o) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(p) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(q) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Facebook is hereby ordered to disclose the above information to the government within 14 days of service of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Section 2113(a) (entering to commit a bank robbery), Title 18, United States Code, Section 2113(a) and (d) (armed bank robbery), Title 18, United States Code, Section 924(c)(1)(A)(ii) (use of a firearm during a crime of violence), and Title 18, United States Code, Sections 922(g)(1) and 924(e) (unlawful possession of a firearm by a prohibited person) committed by Quadir S. El Amin and Leslie Wilbert in August 2018, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) A robbery or attempted robbery of a bank or banks committed by Quadir S. El Amin and/or Leslie Wilbert;

(b) The possession or use of a firearm by Quadir S. El Amin and/or Leslie Wilbert;

(c) The possession, use, or ownership of a white cargo van bearing Wisconsin license plate 709-YLG;

(d) The presence of Quadir S. El Amin and/or Leslie Wilbert at the Wells Fargo bank;

(e) Communications between Quadir S. El Amin and Leslie Wilbert;

(f) Evidence of any scheme, plan, or agreement between Quadir S. El Amin and Leslie Wilbert;

(g) Evidence of a relationship between Quadir S. El Amin and Leslie Wilbert;

(h) Preparatory steps taken in furtherance of the scheme;

(i) The proceeds of any robbery of a bank or banks;

(j) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(k) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(l) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).